Mark C. Bauman, SBN 252584
**BAUMAN LOEWE WITT & MAXWELL, PLLC**
8765 E. Bell Road, Suite 204
Scottsdale, AZ  85260
Tel: (480) 502-4664
Fax: (480) 502-4774
Email: mbauman@blwmlawfirm.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARTFORD CASUALTY INSURANCE COMPANY, a New Jersey corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>LEOGAP, Industria e Comercio de Maquinas Ltda., a foreign business, organization unknown; DOES 1 – 20, inclusive,<br><br>    Defendants. | Case No. C 13-05076 DMR<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE AND ORDER (AS MODIFIED) SETTING CASE MANAGEMENT CONFERENCE** |

Upon review of Plaintiff's Notice of Serving Defendant Located Outside the United States and Request for Continuance of Case Management Conference, and good cause appearing, IT IS HEREBY ORDERED:

Plaintiff's request for continuance of the Case Management Conference is GRANTED.

IT IS FURTHER ORDERED that the Case Management Conference currently set for January 29, 2014, and all related deadlines, are vacated. The Case Management Conference is rescheduled for July 30, 2014 at 1:30 p.m. The Case Management Conference Statement is due no later than July 23, 2014.

///

///

1  IT IS FURTHER ORDERED that if Plaintiff requires additional time to serve named
2 Defendant, which is located outside the United States, Plaintiff shall notify the Court prior to the
3 Case Management Conference.

4  Plaintiff shall serve the Defendant with a copy of this Order and file a proof of service
5 with the Court.

**IT IS SO ORDERED.**

DATED: <u>January 14,</u> 2014.

[Stamp: GRANTED — Judge Donna M. Ryu — United States District Court, Northern District of California]

_____
The Honorable Donna M. Ryu