```
1   Mark C. Bauman, SBN 252584
    BAUMAN LOEWE WITT & MAXWELL, PLLC
2   8765 E. Bell Road, Suite 204
    Scottsdale, AZ  85260
3   Tel: (480) 502-4664
    Fax: (480) 502-4774
4   Email: mbauman@blwmlawfirm.com
5   Attorneys for Plaintiff
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARTFORD CASUALTY INSURANCE COMPANY, a New Jersey corporation,<br><br>  Plaintiff,<br><br>vs.<br><br>LEOGAP, Industria e Comercio de Maquinas Ltda., a foreign business, organization unknown; DOES 1 – 20, inclusive,<br><br>  Defendants. | Case No. C 13-05076 DMR<br><br>~~PROPOSED~~ ORDER GRANTING PLAINTIFF'S REQUEST FOR FURTHER CONTINUANCE OF CASE MANAGEMENT CONFERENCE AND ORDER SETTING CASE MANAGEMENT CONFERENCE |

Upon review of Plaintiff's Notice of Serving Defendant Located Outside the United States and Request for Further Continuance of Case Management Conference, and good cause appearing, IT IS HEREBY ORDERED:

Plaintiff's request for continuance of the Case Management Conference is GRANTED.

IT IS FURTHER ORDERED that the Case Management Conference currently set for July 30, 2014, and all related deadlines, are vacated. The Case Management Conference is rescheduled for February ~~5~~ 3, 2016 at 1:30 p.m. ~~, or _____~~. Related deadlines are continued accordingly.

///

///

---

1

**PROPOSED ORDER GRANTING PLAINTIFF'S REQUEST TO FURTHER CONTINUE CMC**

IT IS FURTHER ORDERED that if Plaintiff requires additional time to serve named Defendant, which is located outside the United States, Plaintiff shall notify the Court prior to the Case Management Conference.

IT IS FURTHER ORDERED that if service is effectuated earlier and Defendant appears, Plaintiff will request an earlier Case Management Conference.

**IT IS SO ORDERED.**

DATED: June 16, 2014.

The Honorable Donna M. Ryu
UNITED STATES MAGISTRATE JUDGE

**PROPOSED ORDER GRANTING PLAINTIFF'S REQUEST TO FURTHER CONTINUE CMC**