United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HARTFORD CASUALTY INSURANCE CO,   No. C-13-05076 DMR

          Plaintiff(s),

  v.

LEOGAP,

          Defendant(s).
_____/

**ORDER ADMINISTRATIVELY CLOSING CASE**

The Complaint in this matter was filed on October 30, 2013. Defendant is located in Brazil. Plaintiff has been given significant time to serve the Complaint, given the lengthy process for service in Brazil, with a Case Management Conference scheduled for February 3, 2016 at 1:30 p.m. The court orders the administrative closure of this case. Plaintiff shall reopen the case by filing a proof of service, or by filing a case management conference statement on January 27, 2016, whichever occurs first.

IT IS SO ORDERED.

Dated: September 23, 2014

_____
DONNA M. RYU
United States Magistrate Judge