UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARTFORD CASUALTY INSURANCE COMPANY,<br><br>             Plaintiff,<br><br>       v.<br><br>LEOGAP,<br><br>             Defendant. | Case No.   13-cv-05076-DMR<br><br>**ORDER RE-OPENING CASE** |

On September 23, 2014, the court administratively closed this case for statistical purposes in light of Plaintiff Hartford Casualty Insurance Company's representation that service of the summons and complaint on Defendant LEOGAP in Brazil could take up to two years. On August 11, 2015, Defendant LEOGAP appeared in this action and filed an answer to the complaint. Therefore, it is hereby ordered that the Clerk shall re-open this case.

**IT IS SO ORDERED.**

Dated: August 14, 2015



Donna M. Ryu
United States Magistrate Judge